v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2014–3142.

United States Court of Appeals, Federal Circuit.

July 15, 2014.

**HO KEUNG TSE, Plaintiff–Appellant,**

v.

**BLOCKBUSTER, INC., Defendant– Appellee.**

No. 2014–1223.

United States Court of Appeals, Federal Circuit.

July 16, 2014.

Rehearing and Rehearing En Banc Denied Sept. 15, 2014.*

Sandra E. Simmons, Washington, DC, pro se.

Jeffrey Gauger, Esq., Merit Systems Protection Board, Washington, DC, for Respondent.

Ho Keung, Tse, of Cheung Sha Wan, Hong Kong, pro se.

Scott Llewellyn, Morrison & Foerster LLP, of Denver, CO, for defendant-appel-lee.

PROST, Chief Judge, LINN and HUGHES, Circuit Judges.

### ORDER

Sandra E. Simmons moves for leave to proceed in forma pauperis.

Upon consideration thereof,

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

* Circuit Judge Linn participated only in the

decision on the petition for panel rehearing.

ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.